# United States Court of Appeals
# for the Fifth Circuit

No. 20-60839

USDC No. 4:19cv52

United States Court of Appeals
Fifth Circuit
**FILED**
February 22, 2021
Lyle W. Cayce
Clerk

IN RE: CARLOS FOXX,

　　　　　　　　　　　　　　　　　　　　*Movant.*

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

　　Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of September 11, 2020.

　　　　　　　　　　　　　LYLE W. CAYCE
　　　　　　　　　　　　　Clerk of the United States Court
　　　　　　　　　　　　　of Appeals for the Fifth Circuit

　　　　　By: _____
　　　　　　　Monica R. Washington, Deputy Clerk

　　　　　ENTERED AT THE DIRECTION OF THE COURT